UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANAGIOTIS CHATZIPLIS,<br><br>        Plaintiff,<br><br>  - against -<br><br>PRICEWATERHOUSECOOPERS LLP,<br>DAVID LUKACH, JENNIFER LYONS,<br>SHAAN ELBAUM,<br><br>        Defendants. | 17 CV 4109 (ER) |

**NOTICE OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, defendants PricewaterhouseCoopers LLP ("PwC" or the "Firm"), David Lukach, Jennifer Lyons and Shaan Elbaum (collectively, "Defendants"), by their attorneys, Winston & Strawn LLP, hereby move, pursuant to pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, for entry of an Order compelling arbitration and staying the Action pending completion of such arbitration proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's October 10, 2017 Minute Entry, plaintiff Panagiotis Chatziplis' submission of his opposition papers, if any, shall be served and filed on or before December 11, 2017, and Defendants' submission of their reply, if any, shall be served and filed on or before December 26, 2017.

Dated: New York, New York
       November 10, 2017

                                            Respectfully submitted,

                                            */s/ B. Aubrey Smith*

                                            Stephen L. Sheinfeld
                                            B. Aubrey Smith
                                            WINSTON & STRAWN LLP
                                            200 Park Avenue
                                            New York, New York 10166
                                            (212) 294-6700
                                            SSheinfeld@winston.com
                                            BASmith@winston.com

                                            Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a true and correct copy of the foregoing document was served on November 10, 2017, upon plaintiff Panagiotis Chatziplis by Federal Express at the address below.

Dated: New York, New York
       November 10, 2017

_____
B. Aubrey Smith

Panagiotis Chatziplis
4118 20th Avenue
Long Island City, NY 11105